# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2926 | **DATE** | 1/10/2001 |
| **CASE TITLE** | Claudine Mellerke, et al vs. North American Mortgage Co. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Counsel are ordered to file a responsive memorandum in this Court's chambers on or before January 25, 2001. A status hearing is set for January 30, 2001 at 9:00 a.m.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | |
| | No notices required. | | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | JAN 1 2 2001 | | |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | FOR DOCKETING | 1/10/2001 | |
| | | courtroom | 01 JAN 10 PM 4:20 | date mailed notice | |
| | SN | deputy's initials | | SN | |
| | | | Date/time received in central Clerk's Office | mailing deputy initials | |

CLAUDINE MELLERKE, et al., )
)
Plaintiffs, )
)
v. )   No. 00 C 2926
)
NORTH AMERICAN MORTGAGE CO., )
et al., )
)
Defendants. )

DOCKETED
JAN 12 2001

## MEMORANDUM ORDER

This Court's extraordinarily able minute clerk Sandy Newland has just called its attention to an aspect of this case that appears to have fallen between the cracks. In that respect a few words of explanation may be in order.

Each week this Court orders a computer-generated printout of "Pending Motions" in cases assigned to its calendar, a printout that this Court uses as a backstop to its effort to maintain a careful in-chambers record of such motions. In this instance, no pending motion in this case has appeared or now appears listed in that printout. Nonetheless Ms. Newland has brought to this Court's attention a motion that had been tendered back in October 2000 by defendants North American Mortgage Co. and Dime Savings Bank of New York, seeking the dismissal of Count II of plaintiffs' Second Amended Complaint.[1]

---

[1] Although this Court's chambers file contains a copy of that motion, the motion is not listed in the case docket either. That explains its absence from the computer printout, but it gives no clue as to what happened to the original motion itself.

Because this action is set for a next status hearing on January 30, 2001, ample time still remains for plaintiffs' counsel to respond to the motion to dismiss in advance of that hearing. Accordingly counsel are ordered to file a responsive memorandum in this Court's chambers on or before January 25, 2001 (with a copy of course being delivered to defense counsel). No reply memorandum is being ordered at this time--the possible need for such a reply will be discussed at the next status hearing if the motion is not then capable of resolution.

Milton I. Shadur
Senior United States District Judge

Date: January 10, 2001